UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEVEL 3 COMMUNICATIONS, LLC, a Colorado limited liability company,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ORION MARINE CONTRACTORS, INC., a Delaware corporation,<br>　　　　　　Defendant. | CASE NO. 2:22-cv-1833<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable

　　　　On March 5, 2024, the parties notified the court that they had reached a settlement of this lawsuit and expect to dismiss it fully within the next couple of weeks. The Court STRIKES the remaining hearings, deadlines, and trial date. The Court ORDERS the parties to file a stipulated dismissal pursuant to Fed. R. Civ. P. 41 or provide the Court with a joint status report regarding their progress in perfecting settlement within 30 days of entry of this order.

　　　　Dated this 5th day of March 2024.

MINUTE ORDER - 1

<u>Ravi Subramanian</u>
Clerk
<u>*/s/Kathleen Albert*</u>
Deputy Clerk

MINUTE ORDER - 2