HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEVEL 3 COMMUNICATIONS, LLC, a Colorado limited liability company,<br><br>                Plaintiff,<br><br>   v.<br><br>ORION MARINE CONTRACTORS, INC., a Delaware corporation,<br><br>                Defendant. | No. 2:22-cv-01833-JNW<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>(*Clerk's Action Required*) |

Plaintiff Level 3 Communications, LLC and Defendant Orion Marine Contractors, Inc. (together, the "Parties") file this joint stipulation of dismissal with prejudice, stipulating that all matters of fact and things in controversy have been fully and finally compromised and settled by and between the Parties hereto. The Parties further stipulate to the dismissal of the instant action with prejudice, each party to bear its own costs and fees.

DATED this 24th day of April, 2024.

| | |
|---|---|
| CORR CRONIN LLP | BAUER MOYNIHAN & JOHNSON LLP |
| *s/ Eric A. Lindberg* | *s. Mark A. Krisher* |
| Emily J. Harris, WSBA No. 35763 | Thomas G. Waller WSBA No. 22963 |

JOINT STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE – 1

**CORR CRONIN LLP**
1015 Second Ave., Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

| | | |
|---|---|---|
| 1 | Eric Lindberg, WSBA No. 43596 | Mark A. Krisher WSBA No. 39314 |
| 2 | 1015 Second Avenue, Floor 10 | 2101 Fourth Avenue, Suite 2400 |
|   | Seattle, Washington 98104-1001 | Seattle, Washington 98121 |
| 3 | Telephone: (206) 625-8600 | Telephone: (206) 442-3400 |
|   | Fax: (206) 625-0900 | Fax: (206) 448-9076 |
| 4 | E-mail: eharris@corrcronin.com | Email: tgwaller@bmjlaw.com |
|   | elindberg@corrcronin.com | markrisher@bmjlaw.com |

**ATTORNEYS FOR DEFENDANT ORION MARINE CONTRACTORS, INC.**

BELL NUNNALLY & MARTIN, LLP
David A. Walton, TX Bar No. 24042120
(Admitted Pro Hav Vice)
Catherine E. Helm, TX Bar No. 24132348
(Admitted Pro Hav Vice)
Sydnie A. Shimkus, TX Bar No. 24093783
(Admitted Pro Hac Vice)
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
Telephone: (214) 740-1400 Fax: (214) 740-1499
E-mail: dwalton@bellnunnally.com
chelm@bellnunnally.com
sshimkus@bellnunnally.com

**ATTORNEYS FOR PLAINTIFF LEVEL 3 COMMUNICATIONS, LLC**

JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – 2

**CORR CRONIN LLP**
1015 Second Ave., Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

# ORDER

This matter comes before the Court on the Joint Stipulation of Dismissal with Prejudice filed on April 24, 2024, and based on the above stipulation now, therefore, it is hereby ORDERED that all claims between and among the parties are hereby dismissed, with prejudice and without costs or attorneys' fees awarded to any party.

DATED this 25th day of April, 2024.

_____
Jamal N. Whitehead
United States District Judge

Presented by:

| CORR CRONIN LLP | BAUER MOYNIHAN & JOHNSON LLP |
|---|---|
| *s/ Eric A. Lindberg* | *s/ Mark A. Krisher* |
| Emily J. Harris, WSBA No. 35763 | Thomas G. Waller WSBA No. 22963 |
| Eric Lindberg, WSBA No. 43596 | Mark A. Krisher WSBA No. 39314 |
| 1015 Second Avenue, Floor 10 | 2101 Fourth Avenue, Suite 2400 |
| Seattle, Washington 98104-1001 | Seattle, Washington 98121 |
| Telephone: (206) 625-8600 | Telephone: (206) 442-3400 |
| Fax: (206) 625-0900 | Fax: (206) 448-9076 |
| E-mail: eharris@corrcronin.com | Email: tgwaller@bmjlaw.com |
| elindberg@corrcronin.com | markrisher@bmjlaw.com |
| BELL NUNNALLY & MARTIN, LLP | **ATTORNEYS FOR DEFENDANT** |

JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – 3

**CORR CRONIN LLP**
1015 Second Ave., Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| David A. Walton, TX Bar No. 24042120<br>(Admitted Pro Hav Vice)<br>Catherine E. Helm, TX Bar No. 24132348<br>(Admitted Pro Hav Vice)<br>Sydnie A. Shimkus, TX Bar No. 24093783<br>(Admitted Pro Hac Vice)<br>2323 Ross Avenue, Suite 1900<br>Dallas, Texas 75201<br>Telephone: (214) 740-1400 Fax: (214) 740-1499<br>E-mail: dwalton@bellnunnally.com<br>chelm@bellnunnally.com<br>sshimkus@bellnunnally.com<br><br>**ATTORNEYS FOR PLAINTIFF<br>LEVEL 3 COMMUNICATIONS, LLC** | **ORION MARINE CONTRACTORS, INC.** |

JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – 4

CORR CRONIN LLP
1015 Second Ave., Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900